IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

C.A. NO. 8:07-CV-1614-HFF

JUDY ANN JOHNSON, ON BEHALF
OF HERSELF AND OTHERS
SIMILARLY SITUATED,

    PLAINTIFF,

vs.

ORDER OF DISMISSAL

AMBLING MANAGEMENT
COMPANY D/B/A PENDLETON
GARDEN APARTMENTS,

    DEFENDANT.

The above entitled matter having been compromised and settled, now, on motion of Young Clement Rivers, LLP, attorneys for the Defendant, and with the consent of The Griffin Firm, LLC, attorneys for the Plaintiff, it is

ORDERED, ADJUDGED AND DECREED that the above case be ended and the cause of action therein sued upon be forever barred.

AND IT IS SO ORDERED.

    **s/Henry F. Floyd**
    The Honorable Henry F. Floyd
    United States District Court Judge

Spartanburg, South Carolina

January 5, 2008.

WE MOVE:

YOUNG CT ,FIVIENT RIVE' S, LLP

By Duke R. Highfield Attorney for Defendant

WE CONSENT:

THE GRIFFIN FIRM, LLC

By _____
Charles R. Griffin, Jr., Esquire
Attorneys for the Plaintiff